IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KAYLEI DINGER, as Personal Representative of the Estate of Noah Dinger,<br><br>Plaintiff,<br><br>vs.<br><br>SIBANYE STILLWATER LIMITED and STILLWATER MINING COMPANY,<br><br>Defendants. | CV 24-77-BLG-DWM<br><br>ORDER |

Plaintiff Kaylei Dinger, as Personal Representative of the Estate of Noah Dinger, having moved unopposed for an order directing the release of confidential criminal justice information under Montana state law, *see* Mont. Code Ann. § 44–5–303(2),

IT IS ORDERED that the motion (Doc. 13) is GRANTED. The Stillwater County Sheriff's Office, Stillwater County Sheriff's Office-Coroner Division, Stillwater County Attorney's Office, and the Montana Department of Justice shall release and deliver to the law firm of Hoyt & Blewett PLLC, attorneys for Kaylie Dinger, as Personal Representative of the Estate of Noah Dinger, a complete copy

1

of their file relating to the November 13, 2023, incident resulting in the death of Noah Dinger at the Stillwater Mine in Nye, MT, including, but not limited to all investigative report(s), any toxicology reports, all testing reports, all memoranda(s), diagrams, statements, photographs, videos, cell phone records and communications, recorded statements, field notes, coroner report, autopsy reports, coroner photographs, recordings of 911 call-ins and CRF Dispatch logs, as well as any and all other items contained in the investigative files(s) upon payment of any requested fees to the respective law enforcement agencies and county attorney's office.

DATED this 23rd day of September, 2024.

_____
Donald W. Molloy, District Judge
United States District Court