IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KAYLEI DINGER, as Personal Representative of the Estate of Noah Dinger,<br><br>Plaintiff,<br><br>vs.<br><br>SIBANYE STILLWATER LIMITED and STILLWATER MINING COMPANY,<br><br>Defendants. | CV 24-77-BLG-DWM<br><br>ORDER |

Defendants Sibanye Stillwater Limited and Stillwater Mining Company having moved unopposed to strike their Answer to Second Amended Complaint and Demand For Jury Trial (Doc. 33) as inadvertently filed,

IT IS ORDERED that the motion to strike (Doc. 36) is GRANTED. The Clerk is directed to STRIKE Defendants' Answer to Second Amended Complaint and Demand For Jury Trial (Doc. 33) from the docket.

DATED this 21st day of November, 2024.

_____
Donald W. Molloy, District Judge
United States District Court