IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KAYLEI DINGER, as Personal Representative of the Estate of Noah Dinger,<br><br>Plaintiff,<br><br>vs.<br><br>SIBANYE STILLWATER LIMITED and STILLWATER MINING COMPANY,<br><br>Defendants. | CV 24-77-BLG-DWM<br><br>ORDER |

Plaintiff Kaylei Dinger having moved unopposed to strike her pending motion for partial summary judgment on whether Noah Dinger was working alone at the time of the accident, (*see* Doc. 43),

IT IS ORDERED that the motion to strike (Doc. 49) is GRANTED. Dinger's partial motion for summary judgment and related documents (Docs. 43, 44, 44-1, 45, 45-1) are DEEMED WITHDRAWN and therefore STRICKEN.

DATED this 19th day of December, 2024.

_____
Donald W. Molloy, District Judge
United States District Court