IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KAYLEI DINGER, as Personal Representative of the Estate of Noah Dinger, | CV 24-77-BLG-DWM |
| Plaintiff, | ORDER |
| vs. | |
| SIBANYE STILLWATER LIMITED and STILLWATER MINING COMPANY, | |
| Defendants. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH

PREJUDICE, each party to pay its own costs.  All pending motions are MOOT and

all deadlines are VACATED.  The jury trial set for September 29, 2025 is

VACATED.

DATED this ____ day of February, 2025.

_____
Donald W. Molloy, District Judge
United States District Court